# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  08-cr-00011-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   RAYMUNDO ROSALES-ESQUIVEL,

    Defendant.

---

## MINUTE ORDER[1]

---

    On January 3, 2011, counsel and the probation officer in this matter appeared in chambers.  After conferring with counsel and by agreement of all, a Hearing on Revocation of Supervised Release is set for **February 24, 2011,** at 3:30 p.m., at which counsel and the defendant shall appear without further notice or order.  Provided furthermore, that to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant.

    Dated:  January 3, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.