**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 08-cr-00011-REB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. RAYMUNDO ROSALES-ESQUIVEL,

Defendant.

---

**MINUTE ORDER**[1]

---

Due to a conflict arising on the court's calendar, the revocation of supervised release hearing set for May 13, 2011, should be vacated.

**THEREFORE, IT IS ORDERED** as follows:

1. That the revocation of supervised release hearing set for May 13, 2011, is **VACATED** and is **CONTINUED** to August 10, 2011, at 9:00 a.m.; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: April 25, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.