# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>**(For Revocation of Supervised Release)** |
| v. | Case Number:  08-cr-00011-REB-01 |
| | USM Number:  34761-013 |
| RAYMUNDO ROSALES-ESQUIVEL<br>a/k/a Eric Casas<br>a/k/a Ignacio Cruz-Soto | Richard D. Irvin, Appointed<br>(Defendant's Attorney) |

**THE DEFENDANT:**  Admitted guilt to violations 1 and 2, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of Law (Controlled Substance Possession) | 11/19/2010 |
| 2 | Violation of Special Condition (Re-entering the United States Illegally After Deportation) | 11/19/2010 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

February 2, 2012
Date of Imposition of Judgment

s/ Robert E. Blackburn
Signature of Judge

Robert E. Blackburn, U.S. District Judge
Name & Title of Judge

February 7, 2012
Date

DEFENDANT:  RAYMUNDO ROSALES-ESQUIVEL
CASE NUMBER:  08-cr-00011-REB-01                                                         Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of nine (9) months, to be served consecutively to any sentence previously imposed in state or federal court, to include, but not limited to: United States District Court, District of Colorado, Docket Number 10-cr-00608-REB-01.

The Court recommends that the Bureau of Prisons designate the defendant to Federal Correctional Institution Big Spring, in Big Spring, Texas, for service of sentence.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal